| | | |
|---|---|---|
| **EDWARD MANGANO**<br>County Executive |  | **JOHN CIAMPOLI**<br>County Attorney |

**COUNTY OF NASSAU**
**OFFICE OF THE COUNTY ATTORNEY**
One West Street
Mineola, New York 11501-4820
516-571-3056
FAX:  516-571-3058

Writer's Telephone:  516-571-6190
Writer's Facsimile:   516-571-3058
Writer's E-Mail: dpetillo@nassaucountyny.gov

April 26, 2012

**VIA ECF**
Magistrate Judge Leonard Lindsay
United States District Court
Eastern District of New
100 Federal Plaza
Central Islip, New York 11722

        Re:   *Davis v. County of Nassau, et al*
                   11-CV-0076 (LDW) (ARL)

Dear Judge Lindsay:

     This Office represents the County of Nassau in the above-referenced civil action.  We write at this time to clarify our position with respect to Plaintiff's motion seeking to file a Second Amended Complaint in this matter.  *See* DE 17.

     Our office has no objection to the inclusion of John Does in the Complaint; however, we object to the amendment of the Notice of Claim to include a State Law negligence claim as this application must be brought in State Supreme Court and cannot properly be made before this Court. *See* DE 14.

                                          Respectfully submitted,
                                          _____/dcp/_____
                                          Diane C. Petillo
                                          Deputy County Attorney