COUNTY OF

INDEX # : 11-CV-0076 (LDW)(ARL)

Date Filed: _____

**UNITED STATES DISTRICT COURT**
**DISTRICT: EASTERN DISTRICT OF NEW YORK**

ATTORNEY(S): : Friedman, Harfenist, Kraut & Perlstein, LLP   PH: 516-775
ADDRESS: 3000 Marcus Avenue Ste 2E1  Lake Success  NY  11042   File No.: L1844

*Iyanna Davis*

*Plaintiff(s)/Petitioner(s)*

vs

*County of Nassau, Nassau County Police Officer Michael Capobianco et al*

*Defendant(s)/Respondent(s)*

STATE OF NEW YORK, COUNTY OF NASSAU, SS.:

**AFFIDAVIT OF SERVICE**

_____Kevin Miller_____, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York State. On ___May 14, 2012___ at ___1:50 pm___, at ___1490 Franklin Avenue, Mineola, NY 11501___, deponent served the within ___Summons in a Civil Action and Second Amended Complaint___

on: ___**Police Officer Dwight Blankenship**___, ___**Defendant**___ therein named.

#1 INDIVIDUAL ☐ By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

#2 ENTITY ☐ By delivering thereat a true copy of each to _____ personally, deponent knew the person so served to be the _____ of the entity authorized to accept service on behalf of the entity.

#3 SUITABLE AGE PERSON [X] By delivering a true copy of each to ___P.S.A. Hoey___ a person of suitable age and discretion. Said premises is recipient's: [X] actual place of business  [ ] dwelling house (usual place of abode) within the state.

#4 AFFIXING TO DOOR ☐ By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business  [ ] dwelling house (place of abode) within the state.

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat
on the ___ day of ___ at ___
on the ___ day of ___ at ___
on the ___ day of ___ at ___
on the ___ day of ___ at ___
Address confirmed by _____.

#5 MAIL COPY [X] On ___May 15, 2012___, deponent completed service by depositing a true copy of each document to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

#6 DESCRIPTION [X] A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
(use with #1, 2 or 3)  Sex: _Female_   Color of skin: _White_   Color of hair: _Blonde_   Age: _36 - 50 Yrs._   Height: _5' 4" - 5' 8"_
Weight: _161 - 200 Lbs._   Other Features: _____

#7 WIT. FEES ☐ the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

#8 MILITARY SRVC [X] Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or of the State of New York and was informed that recipient was not. Recipient wore ordinary civilian clothes and no military uniform.

#9 OTHER ☐

Sworn to before me on ___May 15, 2012___

*PATRICIA ROTHFRITZ*
NOTARY PUBLIC, State of New York
01RO6055503, Qualified in Nassau County
Commission Expires February 26, 2015

Kevin Miller
Server's Lic # N/A
Invoice Work Order 1206092

INTERCOUNTY JUDICIAL SERVICES, 85 WILLIS AVENUE, SUITE F, MINEOLA, NY 11501, PH. 516-248-8270, FAX 516-294-6225