# FHKP | FRIEDMAN HARFENIST KRAUT & PERLSTEIN LLP

**CHARLES HORN**
chorn@fhkplaw.com
Direct Line: (516) 355-9612
Direct Fax: (516) 355-9613

June 25, 2013

Honorable Judge Leonard Wexler
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

<u>By: ECF</u>

    Re:    <u>**Iyanna Davis v. County of Nassau, et. al.**</u>
            **CV 11-76 (LDW) (ARL)**

Dear Judge Wexler:

    My firm represents plaintiff, Iyanna Davis, in the above referenced matter. As Your Honor is aware, the trial of this matter was originally scheduled to begin on June 24, 2013 but was postponed due to scheduling conflicts. Since that time, the parties have conferred and have consented to have the matter tried before a Magistrate Judge. For the sake of geographic convenience for the many witnesses who are anticipated to testify in this matter, we would respectfully request that the matter be tried by a Magistrate Judge in the Central Islip Courthouse, if possible.

    If the Court is not inclined to send the matter to a Magistrate Judge for trial, the parties have also conferred on dates available for the rescheduling of the trial before Your Honor. A trial beginning on July 22, 2013 is agreeable to the parties, if that date is still convenient for the Court.

    Thank you for your time in this regard.

                              Respectfully yours,

                                  /s/
                            CHARLES HORN

cc: Diane Petillo, Esq. (via ECF)