# **CIVIL CAUSE FOR PRE TRIAL CONFERENCE**

**BEFORE:** Honorable Leonard D. Wexler
**DATE:** February 12, 2014
**TIME:** 10:40 to 10:55 (15 Mins.)

**DOCKET:** 11-CV-0076 (LDW)(ARL)
**TITLE:** Davis v. County of Nassau, et al

**APPEARANCES:**
- Plaintiff(s) represented by:
  - **Charles H. Horn, Esq.**
  - **Christian Pickney, Esq.**

- Defendant(s) represented by:
  - **Diane C. Petillo, Esq.**
  - **Thomas Lai, Esq.**
  - **Aydee Lopez, Esq.**

- Courtroom Deputy:   Eric L. Russo
-----------------------------------------------------------------

✓    In camera conference held.

✓    Counsel present for both sides.

✓    Jury Selections are rescheduled for **March 10, 2014 at 9:30 AM**.

✓    Trial will begin on **March 12, 2014 at 9:30 AM**.

✓    No further adjournments will be granted.

✓    Counsel for both sides were advised of the court's trial rules.

✓    Proceedings concluded.