UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
IYANNA DAVIS

                          Plaintiff,

   -against-

COUNTY OF NASSAU, NASSAU COUNTY
POLICE OFFICER MICHAEL CAPOBIANCO,
Serial #6971, SGT HERMANN, POLICE OFFICER
CARL CAMPBELL, POLICE OFFICER DWIGHT
BLANKENSHIP, POLICE OFFICER JOSEPH
GRELLA, POLICE OFFICER JOHN DOES #1-5,
NASSAU COUNTY DISTRICT ATTORNEY'S
OFFICE INVESTIGATOR THOMAS BIDELL,
NASSAU COUNTY DISTRICT ATTORNEY'S
OFFICE INVESTIGATORS JOHN DOES #2-5,
NASSAU COUNTYASSISTANT DISTRICT
ATTORNEY JOHN DOES #1-5.

                          Defendants.
-----------------------------------------------------------------------X

DOCKET NO.: 11-CV-0076

**NOTICE OF APPEARANCE**

S I R S :

**PLEASE TAKE NOTICE**, that The Pickney Law Firm hereby appears in the above captioned action as co-counsel with Friedman Harfenist Kraut and Perlstein for plaintiff, Iyanna Davis.

Dated: Mineola, New York
         January 30, 2014

                          THE PICKNEY LAW FIRM
                          Attorney for Plaintiff
                          190 Willis Avenue, Suite 112,
                          Mineola, NY 11501
                          (516) 565-5555

                          By:   /s/ Christian Aaron Pickney
                                  Christian Aaron Pickney