# CIVIL CAUSE FOR TRIAL

**BEFORE:** Honorable Leonard D. Wexler
**DATE:** March 17, 2014
**TIME:** 9:40 to 12:40, 1:05 to 1:15
(3 Hrs. 10 Mins.)

**DOCKET:** 11-CV-0076 (LDW)(ARL)
**TITLE:** Davis v. County of Nassau, et al

**APPEARANCES:**
- Plaintiff(s) represented by:
  - **Charles H. Horn, Esq.**
  - **Christian Pickney, Esq.**

- Defendant(s) represented by:
  - **Diane C. Petillo, Esq.**
  - **Thomas Lai, Esq.**

- Court Reporter: **Stephanie Picozzi/Dominick Tursi**

- Courtroom Deputy: Eric L. Russo

-------------------------------------------------------------

✓ Case called.

✓ Counsel present for both sides.

✓ Trial continued from March 14, 2013.

✓ Defendants continue presenting their case.

✓ Witnesses called and sworn; testimony given.

✓ Exhibits entered into evidence.

✓ On consent of all parties, settlement agreed upon as stated on the record. Defense counsel is directed to submit a Proposed Order.

✓ Jurors are excused with the thanks of the Court.

✓ Proceedings concluded.